# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Vega, Ronald

Cr.: 08-00317-001
PACTS Number: 50033

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh, U.S.D.J.

Date of Original Sentence: 08/25/08

Original Offense: Possession of Child Pornography

Original Sentence: 17 months imprisonment; 5 years supervised release; $100 special assessment. Special conditions: 1) no contact with minors; 2) polygraph examination; 3) sex offender registration; 4) computer search; 5) DNA collection; 6) $100 special assessment

Type of Supervision: Supervised Release                  Date Supervision Commenced: 06/29/12

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows.

The defendant shall participate in a mental health aftercare program including a psychosexual evaluation and counseling if deemed necessary and comply with the condition of the sex offender contract under the guidance and supervision of the U.S. Probation Officer. If able, the defendant shall be required to contribute to the cost of services for such treatment.

Pursuant to 18 U.S.C. § 3583(d), the defendant shall submit his person, and any property, house, residence, vehicle, papers, computer other electronic communication or data storage devices or media, and effects, to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of probation or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions.

The defendant shall permit confiscation and/or disposal of any material considered contraband or any other item which may be deemed to have evidentiary value related to violations of supervised release.

## CAUSE

The U.S. Probation Office, Northern District of Georgia is requesting the above-mentioned modification as a general practice on all out-of-state sex offender cases being supervised in that district.

Respectfully submitted,

By: Jamel Dorsey, USPO

Date: 08/03/12   Maureen Kelly

THE COURT ORDERS:

[ ✓ ] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

16 AUG 2012
_____
Date